IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROSEMARY JORDAN, SCOTT JORDAN,**
**TRACEY JORDAN, DONALD ROMERO,**
**and THERESA ROMERO,**

       Plaintiffs,

v.                                         CIV No. 6:10-cv-01118 BDB/WDS

**ALLSTATE INSURANCE COMPANY,**
**an Illinois insurance corporation,**

       Defendant.

**ORDER ON MOTION TO STAY CASE FOR AN ADDITIONAL 45 DAYS**

THIS MATTER having come before the Court on the Parties' Joint Motion to Stay, the Court having considered the motion and all matters of record, enters the following Order:

NOW, THEREFORE,

IT IS HEREBY ORDERED THAT this case is hereby STAYED for forty-five (45) days from the date of this Order pending the parties' further notification to this Court of the status of the parties' discussions of settlement.

_____
W. Daniel Schneider
United States Magistrate Judge